RECEIVED

2007 AUG 20 A 11: 53

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES GOVERNMENT
MEMORANDUM

DATE:  August 17, 2007

TO:  Honorable *Myron H. Thompson*
U.S. District Judge

FROM:  Louis D. Johns, Jr.
U. S. Probation Officer
Dothan Office

SUBJECT:  TONYA TAYLOR
TRANSFER OF JURISDICTION

Attached please find the Probation Form 22 on the above referenced defendant. She was originally sentenced in the Western District of Louisiana and a copy of the Judgment is included. Ms. Taylor relocated to Alabama after being displaced by Hurricane Katrina. She has since remarried and resides in Ozark, Alabama, with her husband. She is currently supervised by this officer.

U.S. District Judge S. Maurice Hicks signed the transfer of jurisdiction on May 10, 2007. It is now being submitted for consideration by the Court. It is the recommendation of the Probation Office that transfer of jurisdiction be accepted by this district.

Respectfully submitted,

*[signature]*

Louis D. Johns, Jr.
U.S. Probation Officer

enclosure

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 5:02CR50078-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 1:07cm1330-MHT |

RECEIVED
2007 AUG 20 A 11:51
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Tonya Taylor 855 Bingham Avenue Ozark, AL 36360 | DISTRICT WESTERN DISTRICT OF LOUISIANA | DIVISION Shreveport |
|---|---|---|
| | NAME OF SENTENCING JUDGE S. Maurice Hicks, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM July 18, 1005 | TO July 17, 2008 |

| OFFENSE |
|---|
| Mail Fraud, 19 U.S.C. § 1341 |

| PART 1 - ORDER TRANSFERRING JURISDICTION |
|---|
| UNITED STATES DISTRICT COURT FOR THE <u>WESTERN DISTRICT OF LOUISIANA</u> |
|     IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.* |

| 8/10/07 | *signature* |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

| PART 2 - ORDER ACCEPTING JURISDICTION |
|---|
| UNITED STATES DISTRICT COURT FOR THE Middle District of Alabama |
|     IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order. |

| | |
|---|---|
| *Effective Date* | United States District Judge |