| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 5:02CR50078-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** RECEIVED | | DOCKET NUMBER *(Rec. Court)* 1:07cm1330-MHT |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: 2007 AUG 20 A 11:50 Tonya Taylor DEBRA P. HACKETT, CLK 855 Bingham Avenue U.S. DISTRICT COURT Ozark, AL 36360 MIDDLE DISTRICT ALA | DISTRICT WESTERN DISTRICT OF LOUISIANA | DIVISION Shreveport |
| | NAME OF SENTENCING JUDGE S. Maurice Hicks, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM July 18, 1005 — TO July 17, 2008 |

OFFENSE

Mail Fraud, 19 U.S.C. § 1341

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN DISTRICT OF LOUISIANA</u>

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_5/10/07_
Date

_/s/ Maurice Hicks/_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle District of Alabama

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_8/22/2007_
Effective Date

_/s/ M.T. O___
United States District Judge